# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Alexandria Division

| | |
|---|---|
| SAMUEL FREMPONG, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:23-cv-1592 |
| v. ) | |
| ) | (Formerly Prince William County |
| MADISON TAYLOR THIEL, *et al.*, ) | Circuit Court Case No. CL22-010202) |
| ) | |
| Defendants. ) | |
| ) | |

## NOTICE OF REMOVAL

TO:   Clerk of the Court
      Prince William County Circuit Court
      9311 Lee Avenue, Third Floor
      Manassas, VA 20110

      Demetrios C. Pikrallidas (VSB No. 33872)
      Ryan M. Probasco (VSB No. 85431)
      Pikrallidas Probasco
      10605 Judicial Drive, Suite A4
      Fairfax, VA 22030

      *Counsel for Plaintiff*

PLEASE TAKE NOTICE that on November 21, 2023, the United States of America, through its undersigned counsel, and on behalf of both its agency, AmeriCorps, and its employee, Madison Taylor Thiel, filed with the Clerk of the United States District Court for the Eastern District of Virginia (Alexandria Division), the instant notice of the removal of this matter from the Prince William County Circuit Court to this Court. As grounds for this removal, the United States provides as follows:

1. The presently-operative complaint in this action avers that on December 15, 2020, Defendant Madison Taylor Thiel, caused a vehicular accident with Plaintiff Samuel Frempong

(who was also driving a vehicle) after Thiel's vehicle was rear ended by one driven by Co-Defendant Ingrid Mendoza.  *See* Exhibit A (Compl.) ¶¶ 4–15.

2. Pursuant to 28 U.S.C. § 2679(d), the United States Attorney for the Eastern District of Virginia has certified that Thiel was acting within the scope of her employment as an employee of the Government at the time of the events giving rise to the Complaint.  Exhibit B (*Westfall* Certification).  Accordingly, the instant action is properly removable pursuant to 28 U.S.C. § 2679(d)(2), which provides as follows:

> Upon certification by the Attorney General that the defendant employee was acting within the scope of his office or employment at the time of the incident out of which the claim arose, any civil action or proceeding commenced upon such claim in a State court shall be removed . . . to the district court of the United States for the district and division embracing the place in which the action or proceeding is pending.

28 U.S.C. § 2679(d)(2); *see also* 28 C.F.R. § 15.4 (delegating certification authority to appropriate United States Attorney).

3. In addition, this action is also removable pursuant to pursuant to 28 U.S.C. § 1442, which authorizes removal to the relevant federal district court of "[a] civil action . . . that is commenced in a State court and that is against or directed to," *inter alia*, "[t]he United States or any agency thereof or any officer (or any person acting under that officer) of the United States or of any agency thereof, in an official or individual capacity, for or relating to any act under color of such office."  *Id.* § 1442(a)(1).

4. There can be little doubt that Prince William County lies within the jurisdiction of this Court.  *See id.* § 127(a).

5. Attached to this notice of removal is Exhibit C, which constitute all papers filed in this action of which the United States is aware.

6. A copy of this Notice of Removal is being filed with the Clerk of the Prince William County Circuit Court pursuant to 28 U.S.C. § 1446(d).

                                              Respectfully submitted,

                                              JESSICA D. ABER
                                              UNITED STATES ATTORNEY

By:            /s/                    
HUGHAM CHAN
Assistant U.S. Attorney
U.S. Attorney's Office
2100 Jamieson Avenue
Alexandria, Virginia 22314
Telephone: (703) 299-3743
Fax:      (703) 299-3983
Email: hugham.chan@usdoj.gov

DATE: November 21, 2023          ATTORNEY FOR UNITED STATES OF AMERICA AND DEFENDANT THIEL

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and will cause a copy of the same to be mailed to:

Demetrios C. Pikrallidas (VSB No. 33872)
Ryan M. Probasco (VSB No. 85431)
Pikrallidas Probasco
10605 Judicial Drive, Suite A4
Fairfax, VA 22030

Date: November 21, 2023

                                             /s/
HUGHAM CHAN
Assistant U.S. Attorney
U.S. Attorney's Office
2100 Jamieson Avenue
Alexandria, Virginia 22314
Telephone: (703) 299-3743
Fax:        (703) 299-3983
Email:  hugham.chan@usdoj.gov

ATTORNEY FOR UNITED STATES OF
AMERICA AND DEFENDANT THIEL