UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| SAMUEL FREMPONG<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>*Defendant*. | No. 1:23-cv-1592 (RDA/JFA) |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate and agree that the action be dismissed with prejudice, each party to bear its own costs and fees. The claims asserted by Plaintiff in the above-captioned action have been settled by agreement of the parties.

Dated: December 13, 2024                               Respectfully submitted,

                                                                            JESSICA D. ABER
                                                                            UNITED STATES ATTORNEY

_____/s/_____                                              _____/s/_____
Demetrios C. Pikrallidas                                CAROLYN M. WESNOUSKY
Ryan Probasco                                                Assistant United States Attorneys
Pikrallidas Law                                                Office of the United States Attorney
10605 Judicial Dr., Ste. A4                            2100 Jamieson Avenue
Fairfax, Virginia 22030                                  Alexandria, Virginia 22314
Tel: (703) 267-2600                                        Tel: (703) 299-3996
Fax: (703) 273-8046                                       Fax: (703) 299-3983
Email: dp@piklaw.com                                 Fax: (202) 521-9803
ryan@piklaw.com                                          Email: Carolyn.wesnousky@usdoj.gov

*Counsel for Plaintiff*                                      *Counsel for Defendant*